IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

LEOLA MICHELLE MAY                                  NO. 23-01759 JAW

### ORDER

This matter having come on for consideration upon the Motion to Approve Agreement filed on behalf of Consumer Portfolio Services (DK#_____) and the Court being advised that all parties agree to the requested relief, and that the Motion to Approve Agreement is well taken and should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Motion to Approve Agreement filed on behalf of Consumer Portfolio Services be, and the same hereby is granted, and further the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to Consumer Portfolio Services so as to allow it to pursue its rightful remedies as to its subject matter personal property, namely one 2018 Hyundai Sonata, VIN 5NPE34AF9JH720795.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property of the Debtor be, and the same hereby is, abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be immediately enforceable, and the provisions of Rule 4001(a)(3) F.R.Bkp. Pro., shall not apply

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

to this Order.

###END OF ORDER###

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney for
Consumer Portfolio Services
**Signature Affixed**

_____
JORDAN ASH, Attorney for Debtor

/S/EILEEN SHAFFER_____
Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

to this Order.

### ###END OF ORDER###

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney for
Consumer Portfolio Services

_____
JORDAN ASH, Attorney for Debtor

_____
EILEEN SHAFFER, Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

Form # 79-001

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 5NPE34AF9JH720795 | HYUN | 2018 | SONATA | SD | MS0754247936 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/17/2023 | | 4 | USED | PC | 100749 ACTUAL |

**OWNER(S)**
MAY, LEOLA MICHELLE AND ODELL

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**
CPS INC
PO BOX 57071
IRVINE CA 92619-7071

DATE: 02/03/2023

**2ND LIENHOLDER**

DATE:

**MAIL TO**
CPS INC
PO BOX 57071
IRVINE CA 92619-7071

T6

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____  BY _____
       (LIENHOLDER)                    (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 _____

2ND LIEN _____  BY _____
       (LIENHOLDER)                    (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS THE 17TH DAY OF AUGUST 20 23

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

**CONTROL NUMBER**
004926166

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED